**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 93-6890**

---

JOHNNIE W. TODD, a/k/a John W. Todd, a/k/a
Kristopher S. Kollyns,

                                        Plaintiff - Appellant,

        versus

JAMES SEWELL; WAYNE HYATT; TERRY BROOKS; L.
WESTFIELD; PARKER EVATT,

                                        Defendants - Appellees,

        and

JOHNNY JACOBS,

                                        Defendant.

---

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Joseph F. Anderson, Jr., District
Judge. (CA-92-1060-8-17)

---

Submitted:  April 30, 1996          Decided:  May 24, 1996

---

Before WIDENER, HAMILTON, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Johnnie W. Todd, Appellant Pro Se.  Robert Eric Petersen, SOUTH
CAROLINA DEPARTMENT OF CORRECTIONS, Columbia, South Carolina, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Todd v. Evatt</u>, No. CA-92-1060-8-17 (D.S.C. Aug. 6, 1993). We dismiss as moot Appellant's motion to correct the record to reflect the correct district court number. To the extent that both of Appellant's names are reflected in this opinion, we grant Appellant's motion to amend the caption. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

3